**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

REBECCA GOOD,

     *Movant*,

     v.

U.S. DEPARTMENT OF JUSTICE; U.S. DEPARTMENT OF HOMELAND SECURITY; FEDERAL BUREAU OF INVESTIGATION; TODD BLANCHE, in his official capacity as Acting Attorney General of the United States; MARKWAYNE MULLIN, in his official capacity as Secretary of Homeland Security; and KASH PATEL, in his official capacity as Director of the Federal Bureau of Investigation,

     *Respondents.*

Case No. _____

---

## DECLARATION OF BENJAMIN BERKMAN

I, Benjamin Berkman, declare under penalty of perjury under the laws of the United States of America that the following is true and correct

1.    Attached as Exhibit 1 to this Declaration is a true and correct copy of the vehicle title for the Honda Pilot seized by the federal government following the shooting of Renee Nicole Macklin Good on January 7, 2026.

2.    Attached as Exhibit 2 to this Declaration is a true and correct copy of the complaint filed in *State of Minnesota et al. v. U.S. Department of Justice et al.*, Case No. 1:26-cv-01007-EGS (D.D.C.).

3.      Attached as <u>Exhibit 3</u> to this Declaration is a true and correct copy of an April 17,

2026 Freedom of Information Act request denial issued to Dana Kondos, paralegal at Romanucci &

Blandin, LLC, by the Federal Bureau of Investigation.

Dated: April 23, 2026                                    <u>*/s/ Benjamin Berkman*</u>