# STATE OF MISSOURI
## CERTIFICATE OF TITLE

03968DB502        ORIGINAL        TITLE NUMBER
URE80509

| VEHICLE IDENTIFICATION NUMBER | YEAR | MAKE | BODY STYLE |
|---|---|---|---|
| 5FNYF4H90EB040812 | 2014 | HOND | UTILI |

| HP | PREVIOUS STATE | MILEAGE AT TIME OF TRANSFER | TAX | PURCHASE DATE | DATE ISSUED |
|---|---|---|---|---|---|
| 19 | | 135360* | PAID | 02/20/2024 | 07/23/2024 |

OWNER  GOOD REBECCA L & MACKLIN GOOD RENEE N
317 E 78TH TER
KANSAS CITY                MO 64114

MAIL TO
0007-000

GOOD REBECCA L & MACKLIN GOOD RENEE
317 E 78TH TER
KANSAS CITY MO  64114-1917

VEHICLE SUBJECT TO FOLLOWING LIEN(S)

**Lien release** - To release any lien shown on the face of this title, the lienholder must complete a **notarized** Lien Release (DOR-4809) to be attached to this title before the purchaser applies for a Certificate of Title.

FIRST LIEN                    LIEN DATE

SECOND LIEN                   LIEN DATE

Any person who knowingly and intentionally submits a separate document releasing a lien of another without authority to do so shall be guilty of a class C felony. (301,640 RSMo)

BUYER ON REVERSE SIDE MUST TITLE IN 30 DAYS TO AVOID PENALTY

MILEAGE STATEMENT

*ACTUAL MILEAGE.
EFFECTIVE 1/1/06 YOU MUST SUBMIT A NOTICE OF SALE
TO THE DEPARTMENT OF REVENUE WITHIN 30 DAYS OF
SELLING THIS VEHICLE.

36267921            DIRECTOR OF REVENUE    DOR-387 (04/2017)

ANY ALTERATION OR ERASURE VOIDS THIS TITLE

---

MUST BE COMPLETED AT TIME OF SALE    **NOTICE OF SALE OR TRANSFER**    SEE INSTRUCTIONS ON REVERSE

| PURCHASER NAME - LAST, FIRST (REQUIRED) (PRINTED) | PURCHASER SIGNATURE (REQUIRED) | |
|---|---|---|
| ADDRESS (REQUIRED) | DRIVER LICENSE NUMBER OF PURCHASER | DATE OF BIRTH OF PURCHASER __ / __ / __ |
| CITY (REQUIRED) | SALE DATE (REQUIRED) __ / __ / __ | |

| STATE (REQ.) | ZIP CODE (REQUIRED) | COUNTY | NET PRICE (REQUIRED) $ |
|---|---|---|---|

| KOV | YEAR | MAKE | VEHICLE IDENTIFICATION NUMBER | TITLE NUMBER |
|---|---|---|---|---|
| P | 2014 | HOND | 5FNYF4H90EB040812 | URE80509 |

SELLER NAME AND SIGNATURE (REQUIRED)                    DEALER NUMBER

SELLER MUST SUBMIT TO DEPARTMENT OF REVENUE. SEE REVERSE SIDE.        DOR-5049A (08/2015)

# 36267921

**INSTRUCTIONS:** Federal law (and state law, if applicable) requires that all sellers state the mileage in connection with the transfer of ownership. Failing to complete or providing a false statement may result in fines and/or imprisonment.
**ALL** owners (sellers) on the face of the title and purchasers must sign and hand print their names after the purchaser(s) name, lienholder, sale price, trade-in if applicable, net price, date of sale, and mileage spaces are completed. If purchaser/seller is an agent/officer of a firm, record official position after printed name. If assigning a junking certificate, the odometer disclosure, seller's printed name(s), and purchaser(s) printed name and signature are not required.
**WARNING:** Alterations, erasures or mistreatment will void this title/certificate.
**ASSIGNMENT OF TITLE:** I/We hereby assign and warrant certificate of title of the vehicle described on the front of this certificate of title subject to the following lien(s) or encumbrance(s); if any, and none other, I/We further certify the accuracy of the sale price and mileage as specified below, when applicable.
**LIENHOLDERS:** Recording your lien below does not perfect your lien. See http://dor.mo.gov/motorv/liendeal/ for lien perfection requirements.

## ASSIGNMENT

| PURCHASER(S) NAME (PRINTED OR TYPED) | | | SALE PRICE $ |
| ADDRESS | | | TRADE-IN $ |
| DATE OF SALE | MODEL | DEALER NUMBER OF SELLER | NET PRICE $ |
| ODOMETER READING (NO TENTHS) | I state that the odometer now reads the aforementioned miles and to the best of my knowledge that it reflects the actual mileage of the vehicle described herein, unless one of the following statements is checked. | | ☐ MILEAGE IN EXCESS OF ITS MECHANICAL LIMITS<br>☐ MILEAGE READING IS NOT ACTUAL (WARNING-ODOMETER DISCREPANCY) |
| SIGNATURE OF ALL PURCHASER(S) | | SIGNATURE OF ALL SELLER(S) | |
| HAND PRINTED NAME(S) BY PURCHASER(S) (AGENT/POSITION) | | HAND PRINTED NAME(S) BY SELLER(S) (AGENT/POSITION) | |

## REASSIGNMENT BY REGISTERED DEALER

| PURCHASER(S) NAME (PRINTED OR TYPED) | | | SALE PRICE $ |
| ADDRESS | | | TRADE-IN $ |
| DATE OF SALE | MODEL | DEALER NUMBER OF SELLER | NET PRICE $ |
| ODOMETER READING (NO TENTHS) | I state that the odometer now reads the aforementioned miles and to the best of my knowledge that it reflects the actual mileage of the vehicle described herein, unless one of the following statements is checked. | | ☐ MILEAGE IN EXCESS OF ITS MECHANICAL LIMITS<br>☐ MILEAGE READING IS NOT ACTUAL (WARNING-ODOMETER DISCREPANCY) |
| SIGNATURE OF ALL PURCHASER(S) | | SIGNATURE OF ALL SELLER(S) | |
| HAND PRINTED NAME(S) BY PURCHASER(S) (AGENT/POSITION) | | HAND PRINTED NAME(S) BY SELLER(S) (AGENT/POSITION) | |

## THE REASSIGNMENTS BELOW CAN NOT BE USED FOR A SALVAGE CERTIFICATE OF TITLE.

## REASSIGNMENT BY REGISTERED DEALER

| PURCHASER(S) NAME (PRINTED OR TYPED) | | | SALE PRICE $ |
| ADDRESS | | | TRADE-IN $ |
| DATE OF SALE | MODEL | DEALER NUMBER OF SELLER | NET PRICE $ |
| ODOMETER READING (NO TENTHS) | I state that the odometer now reads the aforementioned miles and to the best of my knowledge that it reflects the actual mileage of the vehicle described herein, unless one of the following statements is checked. | | ☐ MILEAGE IN EXCESS OF ITS MECHANICAL LIMITS<br>☐ MILEAGE READING IS NOT ACTUAL (WARNING-ODOMETER DISCREPANCY) |
| SIGNATURE OF ALL PURCHASER(S) | | SIGNATURE OF ALL SELLER(S) | |
| HAND PRINTED NAME(S) BY PURCHASER(S) (AGENT/POSITION) | | HAND PRINTED NAME(S) BY SELLER(S) (AGENT/POSITION) | |

## REASSIGNMENT BY REGISTERED DEALER

| PURCHASER(S) NAME (PRINTED OR TYPED) | | | SALE PRICE $ |
| ADDRESS | | | TRADE-IN $ |
| DATE OF SALE | MODEL | DEALER NUMBER OF SELLER | NET PRICE $ |
| ODOMETER READING (NO TENTHS) | I state that the odometer now reads the aforementioned miles and to the best of my knowledge that it reflects the actual mileage of the vehicle described herein, unless one of the following statements is checked. | | ☐ MILEAGE IN EXCESS OF ITS MECHANICAL LIMITS<br>☐ MILEAGE READING IS NOT ACTUAL (WARNING-ODOMETER DISCREPANCY) |
| SIGNATURE OF ALL PURCHASER(S) | | SIGNATURE OF ALL SELLER(S) | |
| HAND PRINTED NAME(S) BY PURCHASER(S) (AGENT/POSITION) | | HAND PRINTED NAME(S) BY SELLER(S) (AGENT/POSITION) | |

## LIENHOLDER INFORMATION

| FIRST LIENHOLDER NAME (PRINTED OR TYPED). DOES NOT APPLY TO JUNKING CERTIFICATES | DATE OF LIEN |
| FIRST LIENHOLDER ADDRESS | |
| SECOND LIENHOLDER NAME (PRINTED OR TYPED) | DATE OF LIEN |
| SECOND LIENHOLDER ADDRESS | |

DOR-387 (04/2017)

## NOTICE OF SALE OR TRANSFER
## DO NOT COMPLETE FOR SALVAGE CERTIFICATES OF TITLE OR JUNKING CERTIFICATES

This Notice of Sale or Transfer must be completed and submitted by the seller **within 30 days of sale** to a contract office or to the **Department of Revenue, Motor Vehicle Bureau, P.O. Box 3050, Jefferson City, Missouri 65105-3050. DO NOT** report sales to: licensed vehicle dealers, out-of-state purchasers, **beneficiaries named in a trust, transfer on death beneficiaries or insurance companies as a result of an insurance claim.** Completion of this form does not constitute an assignment or release of any interest in the vehicle. Make prompt notification to help protect yourself from possible liability. Any seller who fails to submit this notice is guilty of an infraction. If the failure to submit this notice was done to assist the purchaser avoid applying for a title, paying applicable registration fees or other fraudulent purposes, the seller shall be guilty of a class C misdemeanor. Knowingly submitting false information about the sale of a vehicle is a class C misdemeanor.

DOR-5049A (08/2015)