# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

REBECCA GOOD,

     *Plaintiff,*

     v.

U.S. DEPARTMENT OF JUSTICE; U.S. DEPARTMENT OF HOMELAND SECURITY; FEDERAL BUREAU OF INVESTIGATION; TODD BLANCHE, in his official capacity as Acting Attorney General of the United States; MARKWAYNE MULLIN, in his official capacity as Secretary of Homeland Security; and KASH PATEL, in his official capacity as Director of the Federal Bureau of Investigation,

     *Defendants.*

Case No. _____

---

## DECLARATION OF JOHN PAOLUCCI

1.     I, John Paolucci, a 61 year old male residing at 183 Waterbury Hill Rd., LaGrangeville, NY, do affirm that the following opinions are true based on my 34 years of experience in law enforcement and private practice.

### Qualifications

2.     I am a retired detective sergeant from the New York City Police Department (NYPD) who performed 8 of my 20 years of service in the Forensic Investigations Divisions as a crime scene unit supervisor and commanding officer of the OCME Liaison Unit. I personally responded to hundreds of crime scenes and examined thousands of crime scenes through photographs and other documentation of the crime scenes during my tenure in the NYPD forensic

1

investigations division.   I have received recognition for my work in forensics from the chief of detectives, police commissioner and the mayor of the city of New York.

3.    Since retirement in February of 2012, I have been hired to analyze approximately 90 civil and criminal cases, the overwhelming majority being homicide investigations.  My services have been engaged by prosecutors and civil/criminal defendants as a private consultant. I am qualified as an expert in the states of Florida, Massachusetts, New York, Texas, Illinois, and South Carolina.  My expert testimony has been in the disciplines of crime scene analysis and reconstruction, bloodstain pattern analysis, and shooting incident reconstruction.

4.    I have a Master of Science degree in crime scene investigations.  My thesis was published as an original paper in the American Academy of Forensic Sciences "*Journal of Forensic Science*"[1].  I have contributed to two textbooks; one on shooting incident reconstruction and the other on bloodstain pattern analysis.  I also published an article in the peer-reviewed journal of the Association for Crime Scene Reconstruction titled, "A Simple Technique for Recreating Certain Eyewitness Perspectives"[2]

5.    I am a certified by the Force Science Institute as a Force Science Analyst concerning officer involved shooting incidents and have completed approximately 975 hours of training in crime scene investigation related activities and disciplines.  This does not include innumerable hours of in-service and on-the-job training as well as conferences, lectures and workshops where certificates were not issued or are no longer available.  Certificates of training completion are available upon request.

---

[1] John C. Paolucci and Peter Diaczuk, "The Effects of Certain Intermediary Target Materials and Their Proximity to Ballistic Gelatin on Jacketed Hollow Point Bullet Expansion," *Journal of Forensic Sciences* 68, no. 6 (2023): 1932–45, https://doi.org/10.1111/1556-4029.15362.

[2] Paolucci JC, Steiner M, DiCioccio S. A Simple Technique for Recreating Certain Eyewitness Perspectives. *J Assoc Crime Scene Reconstr.* 2022;26:31-39

6.    I am a member of six (6) professional associations related to forensic investigations and homicide investigations.  I currently hold positions on two standards development boards for the American Academy of Forensic Sciences and was the chair of the working group that developed the recently published standard for shooting incident reconstruction.  I have presented lectures at conferences for four (4) of the six (6) professional associations.  I am currently the director of training for the International Crime Scene Investigators Association (ICSIA).  I have lectured to and trained law enforcement and forensic personnel in several states as well as international venues in Rome, Italy and Panama City, Panama. I was also engaged to investigate a death where I traveled to Encarnacion, Paraguay.  Please refer to my curriculum vitae for further qualifications.

### Necessity for a Timely, In-Person Crime Scene Analysis

7.    Crime scene reconstruction involves an examination of physical and forensic evidence to assist with determining what transpired, a sequence of events, or to answer investigative questions.  A response to crime scenes by trained investigators needs to be timely because certain evidence items may be perishable, and the passage of time can cause alterations to the scene and evidence contained therein. The loss or devaluation of evidence limits the effectiveness of a reconstruction.

8.    In incidents such as the matter at hand where multiple shots were fired into a vehicle, the static aftermath of the incident is memorialized on surfaces of a vehicle, through evidence such as ballistic artifacts, ballistic damage and bloodstain patterns.  When examining evidence such as a motor vehicle for reconstructive purposes, a timely examination of the vehicle can ensure the most accurate results.

9.     Improper storage of a vehicle where it is exposed to the elements can rapidly degrade or alter evidence, however, even vehicles that are stored in ideal, climate-controlled environments are subject to alterations that can negatively impact crime scene reconstruction.

10.     One example would be that a vehicle's tires can become deflated and thus change the profile of the vehicle which will affect the accuracy of reconstructed trajectories.  If the tire pressure was not recorded contemporaneous to the incident, the pressure to which the tires must be reinflated will be unknown.

11.     Another example of how time can alter a crime scene would be blood that was deposited onto surfaces during the incident can become dislodged, or "flake off" of the surfaces, so a surface that was originally bloodstained may later appear to be void of blood.  Conversely, blood that has flaked off one surface can land on another surface, so an area that was void of blood now appears to be bloodstained.

12.     Glass fractures related to ballistic damage are another example of shooting incident phenomena that may be subjected to alteration after the initial incident.  Movement of the vehicle and environmental conditions can cause radial fractures to propagate and no longer be representative of their condition at the time the ballistic damage occurred.  Radial fractures are known to provide data that can sequence bullet holes in laminate glass[3].

13.     Analysis of a crime scene through digital evidence alone subjects the analyst to certain limitations.  Spatial and angular relationships between persons, weapons, and vehicles can be misleading depending on the orientation of a camera's lens.  Quite often, the extent to which

---

[3] Michael G. Haag and Lucien C. Haag, *Shooting Incident Reconstruction*, Third edition (Academic Press, 2021). Pg. 249

photographic and video records were captured is limited, leaving the analyst with unanswered questions.

14.     In-person analysis, can produce quantitative results, such as distance measurements and bullet impact angles that can be extrapolated back toward a gunshot's origin.

15.     Examples of the benefits of an in-person analysis can include using a bullet hole's appearance or the connecting two or more bullet holes believed to have been created by a single bullet to establish a bullet's path using lasers and strings.  Bullet path(s) can be photographed and the impact angles can be measured to memorialize this data.

16.     Bloodstain pattern analysis studies the size, shape, and distribution of bloodstains to determine positions and locations of a blood source and the mechanisms responsible for creating the bloodstains and bloodstain patterns.  Certain bloodstain patterns can be reconstructed so that the approximate area of origin (victim position/location) can be determined.

17.     This data can then be presented in diagrams and other visual aids so that a jury can view the most accurate representation of the positions and locations of persons directly involved in the dynamic events that transpired.

John Paolucci
President C.S.I. Experts Inc.

04/22/2026
Date

5