# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

## MOTION FOR ADMISSION PRO HAC VICE

**Case Number: 26-mc-25**

**Case Title:** *Good v. U.S. Department of Justice et al.*

### Affidavit of Movant

I, Kevin Riach, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice Antonio Romanucci, an attorney admitted to practice and currently in good standing in the U.S. District Court for the Northern District of Illinois, but not admitted to the bar of this court, who will be counsel for the plaintiff Rebecca Good in the case listed above.

I am aware that the local rules of this court require that throughout the pendency of this case counsel of record for the party listed above must include an active member in good standing of the bar of this court. I am also aware that this Court, in its discretion, may order that an active member in good standing of the bar of this court must participate actively in the preparation and/or presentation of this case.

Signature: /s/*Kevin C. Riach*          Date: 4-28-26

MN Attorney License #: 0389277

1

**Affidavit of Proposed Admittee**

I, <u>Antonio M. Romanucci</u>, am currently a member in good standing of the U.S. District Court for the (please identify **_ONE_** specific district to which you are admitted) <u>Northern District of Illinois</u>, but am not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the moving attorney identified in this motion or another active member in good standing of the bar of this court must be counsel of record on behalf of the party listed above throughout the pendency of this case as required by LR 83.5(d). I further understand that although LR 83.5(d) does not itself require that such attorney participate in the preparation and presentation of the case, this Court, in its discretion, may order greater participation in the case by an active member in good standing of the bar of this court.

I confirm that I have read this District's Local Rules and understand that I must comply with those rules. I further understand that pursuant to LR 83.6(a), if this Court grants me admission pro hac vice I must comply with the Minnesota Rules of Professional Conduct. I further understand that the District of Minnesota is an electronic court and that I will receive service as required by Fed. R. Civ. P. 5(b) and 77(d) by electronic means and I understand that electronic notice will be in lieu of service by mail.

Signature: <u>/s/ Antonio M. Romanucci</u>     Date: <u>4/23/26</u>

Typed Name: <u>Antonio M. Romanucci</u>

Attorney License Number: <u>6190290</u>     issued by the State of <u>Illinois</u>

Federal Bar Number (if you have one): _____

Law Firm Name: <u>Romanucci & Blandin, LLC</u>

Law Firm Address: <u>321 N. Clark St.</u>

<u>Suite 900</u>

<u>Chicago, IL 60654</u>

Main phone: (<u>312</u>)<u>458-1000</u>     Direct line: (<u>312</u>))<u>253-8600</u>

E-mail address: <u>aromanucci@rblaw.net</u>