UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

REBECCA GOOD,

          Plaintiffs,

v.

U.S. DEPARTMENT OF JUSTICE; U.S. DEPARTMENT OF HOMELAND SECURITY; FEDERAL BUREAU OF INVESTIGATION; TODD BLANCHE, in his official capacity as Acting Attorney General of the United States; MARKWAYNE MULLIN, in his official capacity as Secretary of Homeland Security; and KASH PATEL, in his official capacity as Director of the Federal Bureau of Investigation,

          Defendants,

Case No. 0:26-mc-00025-ECT-DTS

**CERTIFICATE OF SERVICE**

I hereby certify that on May 19, 2026, I caused to be served **via certified mail** the following documents:

- Movant Rebecca Good's Motion for Return of Property Under Federal Rule of Criminal Procedure 41(g) and Equitable Principles

Service was made upon the following defendants and entities at the addresses listed below:

| United States Attorney's Office, District of Minnesota<br>Attn: Civil Process Clerk<br>300 S 4th Street, Suite 600<br>Minneapolis, MN 55415 | David Fuller<br>United States Attorney's Office<br>District of Minnesota<br>300 S 4th Street, Suite 600<br>Minneapolis, MN 55415 |
| --- | --- |

1

| | |
|---|---|
| **Todd Blanche**<br>**Acting Attorney General**<br>950 Pennsylvania Avenue NW<br>Washington, DC 20530-0001 | **Kash Patel**<br>**Director, Federal Bureau of Investigation**<br>935 Pennsylvania Avenue, NW Washington, D.C. 20535-0001 |
| **Markwayne Mullin**<br>**Office of the Executive Secretary, MS 0525**<br>2707 Martin Luther King Jr Avenue SE Washington, DC 20528-0525 | **Markwayne Mullin**<br>**Secretary of Homeland Security**<br>Washington, DC 20528 |
| **U.S. Department of Homeland Security Office of the General Counsel, MS 0485**<br>2707 Martin Luther King Jr Avenue SE | **Federal Bureau of Investigation**<br>**Office of the General Counsel**<br>935 Pennsylvania Avenue NW<br>Washington, DC 20535-0001 |
| **U.S. Department of Justice**<br>950 Pennsylvania Avenue NW<br>Washington, DC 20530-0001 | |

Dated: June 15, 2026

Respectfully Submitted,

*/s/ Benjamin A. Berkman*

Antonio M. Romanucci
Sarah Raisch
Benjamin Berkman
**ROMANUCCI & BLANDIN, LLC**
321 N Clark St., Suite 900
Chicago, IL 60654
P: (312) 458-1000
F: (312 458-1004
aromanucci@rblaw.net
sraisch@rblaw.net
bberkman@rblaw.net

Kevin Riach
**THE LAW OFFICE OF KEVIN C. RIACH, PLLC**
125 Main St. SE, Suite 339
Minneapolis, MN 55414
(612) 203-8555
kevin@riachdefense.com

2

*Attorneys for Movant*