UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Case No. 26-mc-25 (ECT/DTS)

REBECCA GOOD,

      Movant,

     v.

U.S. DEPARTMENT OF JUSTICE, et al.,

      Respondents.

**GOVERNMENT'S UNOPPOSED SECOND MOTION FOR AN EXTENSION OF TIME TO FILE RESPONSES**

The United States of America, by and through its attorneys, Daniel N. Rosen, United States Attorney for the District of Minnesota, and Kristian Weir, Assistant United States Attorney respectfully moves the Court for an order briefly continuing the current deadlines for filing a response to movant's Rule 41(g) motion by an additional two weeks.

Counsel for the government and the movant have continued to have productive discussions in this matter and seek additional time before filing responses. Undersigned counsel for the government conferred with movant's counsel; they stipulate and agree to this request. The government respectfully requests that its filing deadlines be extended and all deadlines for movant be extended accordingly.

1

Dated: July 8, 2026                           Respectfully Submitted,

                                              DANIEL N. ROSEN
                                              United States Attorney

                                              *s/ Kristian Weir*
                                              BY:  KRISTIAN WEIR
                                              Assistant U.S. Attorney

2