UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Case No. 26-mc-25 (ECT/DTS)

REBECCA GOOD,

Movant,

v.

U.S. DEPARTMENT OF JUSTICE, et al.,

Respondents.

**GOVERNMENT'S MOTION TO DISMISS FOR MOOTNESS**

The United States of America, by and through its attorneys, Daniel N. Rosen, United States Attorney for the District of Minnesota, and Kristian Weir, Assistant United States Attorney, respectfully moves the Court for an order dismissing this matter as it is now moot.

Movant seeks release of the Honda Pilot that was in federal custody at the time of filing in this matter, pursuant to Federal Rule of Criminal Procedure 41(g). (Dkt. 1). The Honda Pilot and all associated property has been released from federal FBI custody directly to the Minnesota Bureau of Criminal Apprehension to maintain the integrity of the chain of custody. As the subject property is no longer in federal custody, the government respectfully moves to dismiss this matter as moot.

Dated: August 12, 2026

Respectfully Submitted,

DANIEL N. ROSEN
United States Attorney

*s/ Kristian Weir*
BY: KRISTIAN WEIR
Assistant U.S. Attorney
Bar no. 0396771