UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 0:26-mc-00025-ECT-DTS

Rebecca Good,

Petitioner,

v.

Department of Justice, *et al.*,

Respondents.

**UNOPPOSED MOTION FOR EXTENSION**

Without objection from Petitioner, Respondent respectfully requests a two-week extension to file its reply brief in this matter. The reply is currently due today, September 11, 2026. ECF No. 18. Granting this extension would also necessitate a postponement of the hearing set for September 18, 2026.

Good cause exists to grant the extension. The undersigned counsel only recently became involved in this case, and would benefit from more time to review the record, in order to prepare a reply brief that is as helpful to the Court as possible.

The undersigned counsel met and conferred concerning this extension request with Petitioner's counsel via email on September 10, 2026. Petitioner's counsel responded today by indicating that they have no objection to the extension request.

This motion is not being submitted for purposes of delay.

Dated: September 11, 2026

DANIEL N. ROSEN
United States Attorney

*s/ David W. Fuller*

By: DAVID W. FULLER
Chief, Civil Division
Attorney ID Number 390922
600 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5600
david.fuller@usdoj.gov