UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 0:26-mc-00025-ECT-DTS

Rebecca Good,

Petitioner,

v.

Department of Justice,

Respondent.

**STATEMENT OF NO REDACTION**

The United States of America, by and through Daniel N. Rosen, the United States Attorney for the District of Minnesota, and David W. Fuller, Assistant United States Attorney, hereby notifies this Court that it is impracticable to redact the Declaration of Law Enforcement Officer and Exhibit A to that declaration, which have been filed under seal on CM/ECF as ECF No. 25 and 25-1, in light of the declarant's safety concerns.

Dated: 9/14/2026

DANIEL N. ROSEN
United States Attorney

*s/ David W. Fuller*
By: DAVID W. FULLER
Chief, Civil Division
Attorney ID No. 0390922
david.fuller@usdoj.gov
LEEANN K. BELL
Chief, Criminal Division
Attorney ID No. 0318334
leeann.k.bell@usdoj.gov
600 U.S. Courthouse
300 S. Fourth Street
Minneapolis, MN 55415
(612) 664-5600