# AFFIDAVIT OF REBECCA GOOD

I, Rebecca Good, being first duly sworn, state as follows:

1. My name is Rebecca Good. I am over the age of eighteen and have personal knowledge of the matters stated in this Affidavit.

2. I was the partner of Renee Nicole Macklin Good ("Renee").

3. Renee and I jointly owned a Honda Pilot (the "Honda Pilot") identified as VIN number 5FNYF4H90EB040812.

4. On January 7, 2026, Renee was driving the Honda Pilot in Minneapolis, Minnesota, when she was shot and killed by an agent of the federal government.

5. Following Renee's death, the federal government took possession of the Honda Pilot and the personal property located inside the vehicle.

6. At the time the federal government took possession of the Honda Pilot, the vehicle contained personal property belonging to Renee, me, and/or our minor child.

7. To the best of my recollection, the personal property inside the Honda Pilot included, among other things:

   a. Cell phone charging cables;
   b. An Apple AirTag attached to a water bottle;
   c. Renee's wallet and its contents, including identification, credit and debit cards, and other personal items;
   d. Keys and key rings;
   e. Stuffed animals;
   f. Our minor child's car seat;
   g. Our minor child's Halloween costume from the prior year;
   h. A DVD player and DVDs for our minor child;
   i. A metal dog kennel;

j. An atlas;
k. Twelve-foot jumper cables and other car-care items;
l. A tire inflator;
m. A large wrench;
n. Clothing, shoes, and other personal effects;
o. Bags, purses, backpacks, and similar personal items;
p. Water bottles, cups, and other beverage containers;
q. Sunglasses;
r. Personal documents, papers, receipts, and mail; and
s. Toiletries and personal-care items.

8. This list is based on my best present recollection. There may have been additional items of personal property inside the Honda Pilot that I do not presently recall.

9. None of the personal property identified above has been returned to me by the federal government.

10. To date, I have not received an inventory from the federal government identifying all of the personal property that was inside the Honda Pilot when the federal government took possession of it. I have not been told where this personal property is currently located or whether a federal agency, officer, employee, or other person currently has possession, custody, or control of it. I have not authorized the federal government to retain, destroy, dispose of, or transfer any personal property belonging to me that was located inside the Honda Pilot.

11. The personal property described above remains unreturned.

12. I submit this Affidavit in support of my request for the return of the personal property that was inside the Honda Pilot and that has not been returned to me.

Further affiant sayeth not.

Rebecca Good
Rebecca Good (Oct 8, 2026 14:54:50 CDT)

Rebecca Good

# Revised-Affidavit of Rebecca Good (41g Motion)

Final Audit Report 2026-10-08

| | |
|---|---|
| Created: | 2026-10-08 |
| By: | Dana Kondos (dkondos@rblaw.net) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAA8aGKdAcTWW_9jOabMVp504X1ZEpEwBmF |

## "Revised-Affidavit of Rebecca Good (41g Motion)" History

Document created by Dana Kondos (dkondos@rblaw.net)
2026-10-08 - 7:52:42 PM GMT

Document emailed to Rebecca Good [redacted] for signature
2026-10-08 - 7:52:46 PM GMT

Email viewed by Rebecca Good [redacted]
2026-10-08 - 7:53:39 PM GMT

Document e-signed by Rebecca Good [redacted]
Signature Date: 2026-10-08 - 7:54:50 PM GMT - Time Source: server - Signature Appearance Selected: TYPE

Agreement completed.
2026-10-08 - 7:54:50 PM GMT