UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 0:26-mc-00025-ECT-DTS

Rebecca Good,

Petitioner,

v.

Department of Justice, *et al.*,

Respondents.

**UNOPPOSED MOTION TO SET DEADLINE TO RESPOND TO AMENDED 41(G) MOTION**

Respondents hereby move the Court for an order setting a deadline of October 26, 2026 for Respondents to file their response to Petitioner's Amended Motion for Return of Property. Respondents have been working on the response but the undersigned counsel and others involved in the response have been very busy with other matters and want to provide a response that is thorough, accurate, and optimally helpful to the Court.

Counsel for the parties conferred regarding this request by email on October 21, 2026. Petitioner's counsel indicated that they do not oppose a response deadline of Monday, October 26, 2026.

Accordingly, Respondents respectfully request that the Court set a deadline of October 26, 2026 or Respondents to file their response to Petitioner's Amended Motion for Return of Property. A proposed order for the Court's consideration is filed with this joint motion.

[Signature on following page]

Dated: October 22, 2026

DANIEL N. ROSEN
United States Attorney

*s/ David W. Fuller*

BY: DAVID W. FULLER
Assistant United States Attorney
Attorney ID Number 390922
600 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5600
David.fuller@usdoj.gov