UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 0:26-mc-00025-ECT-DTS

Rebecca Good,

Petitioner,

v.

Department of Justice, *et al.*,

Respondents.

**PROPOSED ORDER**

This matter is before the Court on Respondents' Unopposed Motion to Set Deadline to Respond to Petitioner's Amended 41(g) Motion for Return of Property. Having considered the motion, IT IS HEREBY ORDERED that:

1. The Respondents' motion is GRANTED;
2. Respondents may have until October 26, 2026 to respond to Petitioner's Amended Motion for Return of Property.

Dated:

________________________________
David T. Schultz
United States Magistrate Judge