**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**Case No. 26-mc-25 (ECT/DTS)**

Rebecca Good,

Movant,

v.

U.S. Department of Justice, et al.,

Respondents.

**MOTION TO DISMISS AMENDED MOTION FOR RETURN OF PROPERTY**

Respondents move the Court for an order dismissing Petitioner's Amended Motion for Return of Property for lack of jurisdiction. This motion is based on the accompanying brief and all the files, records, and proceedings in this case.

Dated: October 26, 2026

DANIEL N. ROSEN
United States Attorney

*s/ David W. Fuller*
By: DAVID W. FULLER
Chief, Civil Division
Attorney ID No. 0390922
david.fuller@usdoj.gov
LEEANN K. BELL
Chief, Criminal Division
Attorney ID No. 0318334
leeann.bell@usdoj.gov
600 U.S. Courthouse
300 S. Fourth Street
Minneapolis, MN 55415
(612) 664-56200