**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**Case No. 26-mc-25 (ECT/DTS)**

Rebecca Good,

Movant,

v.

U.S. Department of Justice, et al.,

Respondents.

**SECOND DECLARATION OF [redacted]**

[redacted], for his second Declaration pursuant to 28 U.S.C. §1746 in this matter, declares as follows under penalty of perjury.

1. Until very recently I was a Special Agent with the Minneapolis Field Office of the U.S. Federal Bureau of Investigation (FBI), and was employed as an FBI agent for more than 21 years. My duties included, among other things, serving as the Senior Team Lead for the Minneapolis Evidence Response Team since approximately July 2025.

2. The information contained in this Declaration includes information received from other law enforcement agencies, officers, and other personnel as well as information I learned directly through my actions and review of records and materials. This Declaration does not include, and is not intended to include, all of the information known to me or to other law enforcement agents regarding this matter.

3. This Declaration is submitted in support of the United States's motion to dismiss the Amended Motion for Return of Property filed in this matter, and

supplements my previous declaration. I continue to ask that the Court allow my involvement to be nonpublic. I and members of my family have received threats this year in connection with Operation Metro Surge, and I still have ongoing concern for our safety.

4. When, at paragraph 4 of my earlier declaration, I referenced personally observing "the Honda Pilot at issue in this matter and all its contents" being transferred to the BCA on the morning of June 29, 2026, I meant both the vehicle and all personal property contained in the vehicle at the time of its seizure on January 7, 2026.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 10/26/2026

[redacted]
Special Agent (retired)
Federal Bureau of Investigation