**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**Case No. 26-mc-25 (ECT/DTS)**

Rebecca Good,

Movant,

v.

U.S. Department of Justice, et al.,

Respondents.

**[PROPOSED] ORDER**

This matter is before the Court on Respondents' Motion to Dismiss Amended Motion for Return of Property. Based upon the briefs and upon all the files, records and proceedings herein,

IT IS HEREBY ORDERED:

1. Respondents' Motion to Dismiss Petitioner's Amended Motion for Return of Property is GRANTED.

2. The Court lacks jurisdiction over Petitioner's Amended Motion for Return of Property.

Dated:

______________________________________
The Honorable Eric C. Tostrud
Chief United States District Judge