EXHIBIT
1

Outlook

## Re: UNDER SEAL RE: Good v. DOJ, Rule 41g Matter, Case No. 26-mc-25 (ECT/DTS)

**From** Ben Berkman <BBerkman@rblaw.net>
**Date** Tue 10/6/2026 9:10 AM
**To** Fuller, David (USAMN) <David.Fuller@usdoj.gov>; Antonio Romanucci <aromanucci@rblaw.net>; kevin <kevin@riachdefense.com>; Sarah Raisch <sraisch@rblaw.net>
**Cc** Sheqem, Tara (USAMN) <Tara.Sheqem@usdoj.gov>; Bell, LeeAnn K. (USAMN) <LeeAnn.K.Bell@usdoj.gov>

Hello David,

In light of the Court's order denying the motion to dismiss, we intend to file an amended petition. We are still, however, open to a resolution of this matter if you are willing to provide sworn information that satisfies our concerns. We are open to discussion about dismissing the petition if you provide the following sworn representations (many of which accord with your unsworn prior representations to us):

1. That no personal property was removed from the vehicle between January 7 and when the car was moved to the BCA facility;
2. That the car was not altered and parts and components were not removed from the vehicle between January 7 and when the car was moved to the BCA facility;
3. The bases for the affiant's understanding that no personal property was removed from the vehicle between and that the car was not altered between January 7 and when the car was moved to the BCA facility (e.g., the bases for the affiant's understanding of how the vehicle and property were handled, treated, and stored);
4. That no inventory of the vehicle was ever conducted by any federal agent or agency;
5. That the federal government has no other means of verifying that the property contained in the vehicle upon seizure on January 7 was identical to the property contained in the vehicle when it was moved to the BCA facility;
6. That the federal government fully relinquished possession and control of the vehicle and all the contents therein to the BCA, that the government has no arrangement with the BCA to maintain any extent of possession or control of the vehicle and its contents; and that the government has no intent to repossess the vehicle or the property.

Perhaps a call makes sense. We are open to discussion.

**Benjamin A. Berkman**
Senior Attorney

ROMANUCCI BLANDIN LAW

www.rblaw.net

**e:** bberkman@rblaw.net
**p:** (312) 253-8825
**f:** (312) 458-1004
**a:** 321 N Clark St, Ste 900, Chicago, IL 60654

*Go Green - Please don't print this e-mail unnecessarily.*

**Confidentiality Statement.** The information contained in this electronic mail communication is intended only for the personal and confidential use of the designated recipient named above.

This message may be an attorney-client communication and, as such, is privileged and confidential.
If the reader of this message is not the intended recipient, you are hereby notified that you have received this communication in error and that any review, dissemination, distribution, or copying of the message is strictly prohibited. If you have received this transmission in error, please notify us immediately by telephone at 312.458.1000 or by reply e-mail.

---

**From:** Fuller, David (USAMN) <David.Fuller@usdoj.gov>
**Sent:** Thursday, September 17, 2026 9:33 PM
**To:** Ben Berkman <BBerkman@rblaw.net>; Antonio Romanucci <aromanucci@rblaw.net>; kevin <kevin@riachdefense.com>; Sarah Raisch <sraisch@rblaw.net>
**Cc:** Sheqem, Tara (USAMN) <Tara.Sheqem@usdoj.gov>; Bell, LeeAnn K. (USAMN) <LeeAnn.K.Bell@usdoj.gov>
**Subject:** RE: UNDER SEAL RE: Good v. DOJ, Rule 41g Matter, Case No. 26-mc-25 (ECT/DTS)

**[EXTERNAL EMAIL]** DO NOT CLICK links or attachments unless you recognize the sender and know the content is safe.

Hello Ben,

Sorry for the delay but I had a very busy day. Thanks again for your time Wednesday and for this follow-up. For what it's worth, we were able to re-confirm no property was taken from the vehicle and everything was turned over to BCA.

Beyond that, we're not seeing a way to resolution at this time. It seems you're seeking a broad array of information that's not supportable under the law given the circumstances here.

I've read the return-of-property cases you shared, and they strike me as very different situations – both were post-conviction motions, for example, and neither involved property given to another law enforcement agency for investigative purposes. Whatever alternative remedies may exist here, it seems to me, should be sought later in a separate action. I'm not sure the court in this freestanding 41(g) case is going to want to get into the factual issues you raised on our call.

We may be missing something, but I think at this point we'll all benefit from learning more about how Judge Tostrud is seeing this matter.

Regards,
David

David W. Fuller
Civil Chief
612/664-5627

---

**From:** Ben Berkman <BBerkman@rblaw.net>
**Sent:** Wednesday, September 16, 2026 12:02 PM
**To:** Fuller, David (USAMN) <David.Fuller@usdoj.gov>; Antonio Romanucci <aromanucci@rblaw.net>; kevin <kevin@riachdefense.com>; Sarah Raisch <sraisch@rblaw.net>
**Cc:** Sheqem, Tara (USAMN) <Tara.Sheqem@usdoj.gov>; Bell, LeeAnn K. (USAMN) <LeeAnn.K.Bell@usdoj.gov>
**Subject:** [EXTERNAL] Re: UNDER SEAL RE: Good v. DOJ, Rule 41g Matter, Case No. 26-mc-25 (ECT/DTS)

Hi David—following up on our call, I am attaching *United States v. Hall*, in which the Eighth Circuit found that "when a district court conducting a Rule 41(e) proceeding learns that the government no longer possesses property that is the subject of the motion to return, the court should grant the movant (particularly a movant proceeding pro se, such as Hall) an opportunity to assert an alternative claim for money damages. The court also retains equitable jurisdiction under Rule 41(e) to resolve issues of fact that may help to determine whether such an alternative claim is cognizable." *United States v. Hall*, 269 F.3d 940, 943 (8th Cir. 2001).

I am also attaching *Jackson v. United States*, in which the Eighth Circuit applied that rule where the property at issue had been transferred to a third party.

As discussed on our call, the information we requested is, at a minimum, relevant to the cognizability of remedies available to plaintiff. I am hoping that you are able to provide information sufficient for us to resolve this matter.

Best,

**Benjamin A. Berkman**
Senior Attorney

ROMANUCCI BLANDIN LAW

**www.rblaw.net**

**e:** bberkman@rblaw.net
**p:** (312) 253-8825
**f:** (312) 458-1004
**a:** 321 N Clark St, Ste 900, Chicago, IL 60654

*Go Green - Please don't print this e-mail unnecessarily.*

**Confidentiality Statement.** The information contained in this electronic mail communication is intended only for the personal and confidential use of the designated recipient named above. This message may be an attorney-client communication and, as such, is privileged and confidential. If the reader of this message is not the intended recipient, you are hereby notified that you have received this communication in error and that any review, dissemination, distribution, or copying of the message is strictly prohibited. If you have received this transmission in error, please notify us immediately by telephone at 312.458.1000 or by reply e-mail.

---

**From:** Ben Berkman <BBerkman@rblaw.net>
**Sent:** Wednesday, September 16, 2026 8:26 AM
**To:** Fuller, David (USAMN) <David.Fuller@usdoj.gov>; Antonio Romanucci <aromanucci@rblaw.net>; kevin <kevin@riachdefense.com>; Sarah Raisch <sraisch@rblaw.net>
**Cc:** Sheqem, Tara (USAMN) <Tara.Sheqem@usdoj.gov>; Bell, LeeAnn K. (USAMN) <LeeAnn.K.Bell@usdoj.gov>
**Subject:** Re: UNDER SEAL RE: Good v. DOJ, Rule 41g Matter, Case No. 26-mc-25 (ECT/DTS)

David—we didn't receive an invite.

**Benjamin A. Berkman**
Senior Attorney

ROMANUCCI BLANDIN LAW

**e:** bberkman@rblaw.net
**p:** (312) 253-8825
**f:** (312) 458-1004
**a:** 321 N Clark St, Ste 900, Chicago, IL 60654

www.rblaw.net

*Go Green - Please don't print this e-mail unnecessarily.*

**Confidentiality Statement.** The information contained in this electronic mail communication is intended only for the personal and confidential use of the designated recipient named above. This message may be an attorney-client communication and, as such, is privileged and confidential. If the reader of this message is not the intended recipient, you are hereby notified that you have received this communication in error and that any review, dissemination, distribution, or copying of the message is strictly prohibited. If you have received this transmission in error, please notify us immediately by telephone at 312.458.1000 or by reply e-mail.

---

**From:** Fuller, David (USAMN) <David.Fuller@usdoj.gov>
**Sent:** Tuesday, September 15, 2026 10:58 AM
**To:** Ben Berkman <BBerkman@rblaw.net>; Antonio Romanucci <aromanucci@rblaw.net>; kevin <kevin@riachdefense.com>; Sarah Raisch <sraisch@rblaw.net>
**Cc:** Sheqem, Tara (USAMN) <Tara.Sheqem@usdoj.gov>; Bell, LeeAnn K. (USAMN) <LeeAnn.K.Bell@usdoj.gov>
**Subject:** RE: UNDER SEAL RE: Good v. DOJ, Rule 41g Matter, Case No. 26-mc-25 (ECT/DTS)

**[EXTERNAL EMAIL]** DO NOT CLICK links or attachments unless you recognize the sender and know the content is safe.

Great, thanks and yes will do.

David W. Fuller
Civil Chief
612/664-5627

---

**From:** Ben Berkman <BBerkman@rblaw.net>
**Sent:** Tuesday, September 15, 2026 9:57 AM
**To:** Fuller, David (USAMN) <David.Fuller@usdoj.gov>; Antonio Romanucci <aromanucci@rblaw.net>; kevin <kevin@riachdefense.com>; Sarah Raisch <sraisch@rblaw.net>
**Cc:** Sheqem, Tara (USAMN) <Tara.Sheqem@usdoj.gov>; Bell, LeeAnn K. (USAMN) <LeeAnn.K.Bell@usdoj.gov>
**Subject:** [EXTERNAL] Re: UNDER SEAL RE: Good v. DOJ, Rule 41g Matter, Case No. 26-mc-25 (ECT/DTS)

We can do 9:30. Do you want to send a meeting invite?

**Benjamin A. Berkman**
Senior Attorney

ROMANUCCI BLANDIN LAW

**e:** bberkman@rblaw.net
**p:** (312) 253-8825
**f:** (312) 458-1004
**a:** 321 N Clark St, Ste 900, Chicago, IL 60654

www.rblaw.net

*Go Green - Please don't print this e-mail unnecessarily.*

**Confidentiality Statement.** The information contained in this electronic mail communication is intended only for the personal and confidential use of the designated recipient named above. This message may be an attorney-client communication and, as such, is privileged and confidential. If the reader of this message is not the intended recipient, you are hereby notified that you have received this communication in error and that any review, dissemination, distribution, or copying of the message is strictly prohibited. If you have received this transmission in error, please notify us immediately by telephone at 312.458.1000 or by reply e-mail.

---

**From:** Fuller, David (USAMN) <David.Fuller@usdoj.gov>
**Sent:** Tuesday, September 15, 2026 9:53 AM
**To:** Ben Berkman <BBerkman@rblaw.net>; Antonio Romanucci <aromanucci@rblaw.net>; kevin <kevin@riachdefense.com>; Sarah Raisch <sraisch@rblaw.net>
**Cc:** Sheqem, Tara (USAMN) <Tara.Sheqem@usdoj.gov>; Bell, LeeAnn K. (USAMN) <LeeAnn.K.Bell@usdoj.gov>
**Subject:** RE: UNDER SEAL RE: Good v. DOJ, Rule 41g Matter, Case No. 26-mc-25 (ECT/DTS)

**[EXTERNAL EMAIL]** DO NOT CLICK links or attachments unless you recognize the sender and know the content is safe.

Follow up, we're now also available tomorrow at either 9:30 or 9:45.

David W. Fuller
Civil Chief
612/664-5627

---

**From:** Fuller, David (USAMN)
**Sent:** Tuesday, September 15, 2026 9:49 AM
**To:** Ben Berkman <BBerkman@rblaw.net>; Antonio Romanucci <aromanucci@rblaw.net>; kevin <kevin@riachdefense.com>; Sarah Raisch <sraisch@rblaw.net>
**Cc:** Sheqem, Tara (USAMN) <Tara.Sheqem@usdoj.gov>; Bell, LeeAnn K. (USAMN) <LeeAnn.K.Bell@usdoj.gov>
**Subject:** RE: UNDER SEAL RE: Good v. DOJ, Rule 41g Matter, Case No. 26-mc-25 (ECT/DTS)

Hello Ben,

Thanks for the prompt response. That time doesn't work for us tomorrow, but we could do 9am (and that would be ideal). Otherwise, if need be, we can look at afternoon times today or tomorrow.

Regards,
David

David W. Fuller
Civil Chief
612/664-5627

---

**From:** Ben Berkman <BBerkman@rblaw.net>
**Sent:** Monday, September 14, 2026 5:01 PM
**To:** Fuller, David (USAMN) <David.Fuller@usdoj.gov>; Antonio Romanucci <aromanucci@rblaw.net>;

kevin <kevin@riachdefense.com>; Sarah Raisch <sraisch@rblaw.net>
**Cc:** Sheqem, Tara (USAMN) <Tara.Sheqem@usdoj.gov>; Bell, LeeAnn K. (USAMN) <LeeAnn.K.Bell@usdoj.gov>
**Subject:** [EXTERNAL] Re: UNDER SEAL RE: Good v. DOJ, Rule 41g Matter, Case No. 26-mc-25 (ECT/DTS)

David,

We are available at 10 am on Wednesday.

Best,

**Benjamin A. Berkman**
Senior Attorney

ROMANUCCI BLANDIN LAW

www.rblaw.net

**e:** bberkman@rblaw.net
**p:** (312) 253-8825
**f:** (312) 458-1004
**a:** 321 N Clark St, Ste 900, Chicago, IL 60654

*Go Green - Please don't print this e-mail unnecessarily.*

**Confidentiality Statement.** The information contained in this electronic mail communication is intended only for the personal and confidential use of the designated recipient named above. This message may be an attorney-client communication and, as such, is privileged and confidential. If the reader of this message is not the intended recipient, you are hereby notified that you have received this communication in error and that any review, dissemination, distribution, or copying of the message is strictly prohibited. If you have received this transmission in error, please notify us immediately by telephone at 312.458.1000 or by reply e-mail.

---

**From:** Fuller, David (USAMN) <David.Fuller@usdoj.gov>
**Sent:** Monday, September 14, 2026 4:26 PM
**To:** Ben Berkman <BBerkman@rblaw.net>; Antonio Romanucci <aromanucci@rblaw.net>; kevin <kevin@riachdefense.com>; Sarah Raisch <sraisch@rblaw.net>
**Cc:** Sheqem, Tara (USAMN) <Tara.Sheqem@usdoj.gov>; Bell, LeeAnn K. (USAMN) <LeeAnn.K.Bell@usdoj.gov>
**Subject:** UNDER SEAL RE: Good v. DOJ, Rule 41g Matter, Case No. 26-mc-25 (ECT/DTS)

You don't often get email from david.fuller@usdoj.gov. Learn why this is important

**[EXTERNAL EMAIL]** DO NOT CLICK links or attachments unless you recognize the sender and know the content is safe.

Counsel,

Thanks again for your courtesies. For your convenience, I attach here the SEALED evidence we filed today. Could we set a time tomorrow or Wednesday to discuss next steps in this matter?

Thanks,
David

David W. Fuller
Civil Chief
612/664-5627

---

**From:** Ben Berkman <BBerkman@rblaw.net>
**Sent:** Friday, September 11, 2026 9:26 AM
**To:** Fuller, David (USAMN) <David.Fuller@usdoj.gov>; Antonio Romanucci <aromanucci@rblaw.net>; kevin <kevin@riachdefense.com>; Sarah Raisch <sraisch@rblaw.net>
**Cc:** Sheqem, Tara (USAMN) <Tara.Sheqem@usdoj.gov>
**Subject:** [EXTERNAL] RE: Good v. DOJ, Rule 41g Matter, Case No. 26-mc-25 (ECT/DTS)

No objection to a two week extension.

**Benjamin A. Berkman**
Senior Attorney

ROMANUCCI BLANDIN LAW

www.rblaw.net

**e:** bberkman@rblaw.net
**p:** (312) 253-8825
**f:** (312) 458-1004
**a:** 321 N Clark St, Ste 900, Chicago, IL 60654

*Go Green - Please don't print this e-mail unnecessarily.*

**Confidentiality Statement.** The information contained in this electronic mail communication is intended only for the personal and confidential use of the designated recipient named above. This message may be an attorney-client communication and, as such, is privileged and confidential. If the reader of this message is not the intended recipient, you are hereby notified that you have received this communication in error and that any review, dissemination, distribution, or copying of the message is strictly prohibited. If you have received this transmission in error, please notify us immediately by telephone at 312.458.1000 or by reply e-mail.

---

**From:** Fuller, David (USAMN) <David.Fuller@usdoj.gov>
**Sent:** Thursday, September 10, 2026 5:14 PM
**To:** Antonio Romanucci <aromanucci@rblaw.net>; Ben Berkman <BBerkman@rblaw.net>; kevin <kevin@riachdefense.com>; Sarah Raisch <sraisch@rblaw.net>
**Cc:** Sheqem, Tara (USAMN) <Tara.Sheqem@usdoj.gov>
**Subject:** Good v. DOJ, Rule 41g Matter, Case No. 26-mc-25 (ECT/DTS)

Some people who received this message don't often get email from david.fuller@usdoj.gov. Learn why this is important

**[EXTERNAL EMAIL]** DO NOT CLICK links or attachments unless you recognize the sender and know the content is safe.

Hello Counsel,

I haven't made an appearance yet but am helping out with this miscellaneous case. As you likely know, the court recently ordered the government to file a reply by tomorrow, with a hearing next Friday.

We'd like to ask the court for more time and I'm interested in your position on that. We've had some very recent personnel changes (Kristian Wier's last day is tomorrow) and, based on my

initial review, it seems to me no immediate emergency exists given that the vehicle at issue is in the state's physical custody. Would you agree to two additional weeks?

Many thanks for your consideration.

Regards,
David

David W. Fuller
Civil Chief
U.S. Attorney's Office
District of Minnesota
600 U.S. Courthouse
300 South 4th Street
Minneapolis, MN 55415
612/664-5627 (phone)
david.fuller@usdoj.gov